■ In the Matter of the BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent, v HARRISON J. GOLDIN, as Comptroller of the City of New York, Appellant.—Order of the Supreme Court, Kings County, dated May 25, 1978, affirmed, without costs or disbursements, on the opinion of Mr. Justice Monteleone at Special Term. Hopkins, J. P., Titone, O'Connor and Margett, JJ., concur. [94 Misc 2d 574.]

■ In the Matter of GERALD C. BURGER, Petitioner, v BOARD OF EDUCATION OF THE ARLINGTON CENTRAL SCHOOL DISTRICT, Respondent.—Proceeding pursuant to CPLR article 78 to review a determination of respondent, dated November 15, 1976, which, after a fair hearing, found petitioner guilty of certain misconduct and dismissed him as a tenured teacher. Determination confirmed and proceeding dismissed on the merits, without costs or disbursements. The determination is supported by substantial evidence in the record (see *Matter of Arlington Teachers Assn. v Board of Educ.,* 72 AD2d 600). Mollen, P. J., Hopkins, Titone and Mangano, JJ., concur.

■ In the Matter of the CITY OF WHITE PLAINS, Petitioner, v HAROLD R. NEWMAN et al., Constituting the Public Employment Relations Board, Respondents, and WHITE PLAINS PROFESSIONAL FIREFIGHTERS ASSOCIATION, LOCAL 274, I. A. F. F., Intervenor-Respondent.—Determination of the respondent Public Employment Relations Board, dated October 25, 1978, confirmed, and proceeding dismissed on the merits, with costs to said respondent payable by petitioner. (See *Matter of City of New Rochelle v Crowley,* 61 AD2d 1031.) Hopkins, J. P., Titone, O'Connor and Margett, JJ., concur.

■ In the Matter of DEPENDABLE REPAIR, INC., Respondent, v TOWN BOARD OF THE TOWN OF HEMPSTEAD et al., Appellants.—Judgment of the Supreme Court, Nassau County, dated January 2, 1979, affirmed, with one bill of costs payable jointly by appellants, on the opinion of Mr. Justice Burke at Special Term. Mangano, J. P., Rabin, Margett and Martuscello, JJ., concur.